**Motion Granted; Abatement Order filed June 18, 2012.**



**In The**

# Fourteenth Court of Appeals
————————

**NO. 14-12-00570-CV**
————————

**IN THE MATTER OF R. A.**

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 07-CJV-013620**

## A B A T E M E N T   O R D E R

On June 15, 2012, the parties notified this court that the trial court is scheduled to reconsider the order that forms the basis of this appeal. The parties requested abatement of the appeal for the trial court's reconsideration of the order. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 1, 2012. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Frost, Christopher, and McCally.